IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ------------------------------------------- | § § | |
| This Document Applies to All Cases | § § § | Honorable Ed Kinkeade |
| ------------------------------------------- | | |

## SPECIAL MASTER'S RULINGS

The recommendations and reports of the special master are provided pursuant to the Order Appointing Special Master [Dkt. 81] issued by the Court on January 9, 2012.

Dated: December 29, 2022.

_____
James M. Stanton
State Bar No. 24037542
jms@stantonllp.com

**COURT-APPOINTED
SPECIAL MASTER**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel of record through the CM/ECF system on December 29, 2022.

_____
James M. Stanton